## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KIRBY WARD**                                                                  **PLAINTIFF**

**V.**                          **CASE NO. 4:20CV347DPM**

**LUCAS EMBERTON, in His**
**Individual Capacity, and GENE**
**EARNHART, in his Individual Capacity**                                        **DEFENDANTS**

### DEFENDANTS' MOTION IN LIMINE

COME NOW, Defendants, Lucas Emberton and Gene Earnhart, in their Individual Capacities, by and through their attorney, Sara Monaghan, and for their Motion in Limine, state:

1. Defendants anticipate that Plaintiff may attempt to introduce evidence as to Defendants' coverage under the Arkansas Municipal League's Legal Defense Program.

2. Further, Defendants fully expect that Plaintiff will attempt to introduce to the jury that undersigned counsel is employed by the Arkansas Municipal League Legal Defense program, and that he should be entitled to inquire if prospective jurors have any connection with the Arkansas Municipal League or if any other family members do.

3. A Brief in Support has been filed contemporaneously herewith setting out the facts and the conclusions of law regarding these issues.

WHEREFORE, Defendants request that the Court grant their Motion in Limine and exclude the Plaintiff from introducing evidence that Defendants are covered under the Arkansas Municipal League Legal Defense Program and further request this Court exclude evidence of the Arkansas Municipal League's representation of Defendants in this case, and/or that counsel for Defendants works at the Arkansas Municipal League.

                                              Respectfully submitted,

By:    Sara Monaghan
        ABA #2005276
        Attorney for Defendants
        P.O. Box 38
        North Little Rock, AR 72115
        TELEPHONE: 501-978-6122
        FACSIMILE:   501-537-7262
        EMAIL: smonaghan@arml.org