**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KIRBY WARD**                                                                        **PLAINTIFF**

**V.**                                **CASE NO. 4:20CV347DPM**

**LUCAS EMBERTON, in His**
**Individual Capacity, and GENE**
**EARNHART, in his Individual Capacity**                                **DEFENDANTS**

**DEFENDANTS' BRIEF IN SUPPORT OF MOTION IN LIMINE**

COME NOW, Defendants, Lucas Emberton and Gene Earnhart, in their Individual

Capacities, by and through their attorney, Sara Monaghan, and for their Brief in Support of Motion

in Limine, state:

**A. Plaintiff may attempt to introduce evidence as to Defendants' coverage under the Arkansas Municipal League's Legal Defense Program.**

Defendants anticipate that Plaintiff will attempt to introduce evidence that the Arkansas

Municipal League is the administrator of a municipal legal defense program and will be

responsible for paying any judgment rendered against the named Defendants.  While the municipal

legal defense program is not technically insurance, it is a risk management pool and should enjoy

the same protection that an insurance company does from being named as a responsible party

within the hearing of the jury. *Griffin v. Hilke*, 804 F.2d 1052, 1057 (8th Cir. 1986) (reference to

evidence of insurance or other indemnity generally inadmissible).  The jury's knowledge of a fund

to pay any damages might induce the jury to render an unduly generous award of damages or to

decide the case on improper grounds.  *Higgins v. Hicks Co*., 756 F.2d 681, 684-85 (8th Cir. 1985).

Defendants fully expect that Plaintiff will attempt to introduce to the jury that undersigned

counsel is employed by the Arkansas Municipal League Legal Defense program, and that he

should be entitled to inquire of prospective jurors if they have any connection with the Arkansas

Municipal League or if any other family members do. Defendants request this Court exclude

evidence of the Arkansas Municipal League's representation of Defendants in this case, and/or

that counsel for Defendants work at the Arkansas Municipal League.

 

                                         Respectfully submitted,

                    By:    Sara Monaghan
                                 ABA #2005276
                                 Attorney for Defendants
                                 P.O. Box 38
                                 North Little Rock, AR 72115
                                 TELEPHONE: 501-978-6122
                                 FACSIMILE:   501-537-7262
                                 EMAIL: smonaghan@arml.org