# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KIRBY WARD**                                                              **PLAINTIFF**

v.                            No. 4:20-cv-347-DPM

**LUCAS EMBERTON and**
**GENE EARNHART**                                                      **DEFENDANTS**

## ORDER

Emberton and Earnhart's motion to strike, *Doc. 32*, is denied. Ward's request to supplement the record and to file a cross motion for summary judgment was fifteen days late, but good cause exists to bend the Amended Final Scheduling Order. FED. R. CIV. P. 16(b)(4).

The record is full and contains many issues of law. Emberton and Earnhart's reply in support of their motion, and their response to Ward's cross motion, will allow the Court to evaluate carefully if this case can be resolved on the papers. Emberton and Earnhart must file their reply in support of their motion by 12 August 2022. Ward's motion to supplement the record, *Doc. 31*, is granted. He may file a cross motion for summary judgment that complies with Rule 56 and Local Rule 56.1. The cross motion is due by 12 August 2022. Emberton and Earnhart's response to the cross motion and Ward's reply must be filed in due course.

The Amended Final Scheduling Order, *Doc. 21*, is suspended. The trial is cancelled. If the case cannot be resolved on the papers, the Court will issue a Second Amended Final Scheduling Order setting a new trial date. Emberton and Earnhart's motion *in limine*, *Doc. 33*, is denied without prejudice as moot. The Court will set a new deadline for motions *in limine* if a trial is needed.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 August 2022