IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIRBY WARD**                                                                                        **PLAINTIFF**

**V.**                           **CASE NO. 4:20CV347DPM**

**LUCAS EMBERTON AND**
**GENE EARNHART**                                                              **DEFENDANTS**

### DEFENDANTS' RESPONSE TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

COME now, Defendants, Lucas Emberton and Gene Lockhart, in their individual capacities, by and through counsel, Sara Monaghan, and for their Response to Plaintiff's Cross-Motion for Summary Judgment, state:

1. Defendants are without knowledge and cannot respond to the allegation contained in Paragraph 1 of Plaintiff's Cross-Motion for Summary Judgment.

2. Defendants admit that Plaintiff's Statement of Material Facts speaks for itself.

3. Defendants admit that Plaintiff's exhibits speak for themselves.

4. Defendants deny the allegations contained in Paragraphs 4 though 13 of Plaintiff's Cross-Motion for Summary Judgment.

5. Defendants adopt the arguments, citations of authority and exhibits found in Defendants' Motion for Summary Judgment (Doc. 23), Defendants' Brief in Support of Motion for Summary Judgment (Doc. 24), Defendants' Statement of Undisputed Material Facts (Doc. 25), and Defendants' Reply to Plaintiff's Response to Motion for Summary Judgment (Doc. 38) as if fully set out herein.

WHEREFORE, Defendants pray that the Court grant their Motion for Summary Judgment and dismiss this case against them, and for all other just and proper relief.

Respectfully submitted,

Sara Monaghan
Attorney for Defendants
P.O. Box 38
North Little Rock, AR 72115
TELEPHONE: 501-978-6122
FACSIMILE: 501-537-7262
EMAIL: smonaghan@arml.org