## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

KIRBY WARD                                                        PLAINTIFF

v.                                  No. 4:20-cv-347-DPM

LUCAS EMBERTON, in his individual
capacity, and GENE EARNHART, in his
individual capacity                                          DEFENDANTS

### JUDGMENT

1.    Kirby Ward shall have judgment against Lucas Emberton, in his individual capacity, and Gene Earnhart, in his individual capacity, jointly and severally, for $400.

2.    Ward shall also have judgment against Officer Emberton and Chief Earnhart, jointly and severally, for a reasonable attorney's fee and costs as allowed by law.  Any motion for fees and costs due by 30 October 2023.

3.    Counts five and six of Ward's amended complaint are dismissed with prejudice.

4.    This Judgment shall bear interest at a rate of 5.46% until paid in full. 28 U.S.C. § 1961(a)-(b).

So Ordered.

_DP Marshall Jr._

D.P. Marshall Jr.
United States District Judge

_29 September 2023_